GEORGE MARQUARDT, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

MARIE DUDZIK, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

VERA ANDRASIAK, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

ELIZABETH KOSTRABA, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

Argued June 17, 1943; decided July 20, 1943.

*LeRoy H. Hurlbert* and *William G. Conable* for appellant.

*Arthur E. Otten, Joseph Ambrusko* and *Heffren J. Cohen* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY. DESMOND and THACHER, JJ.